## Case No. 5,015.

### FOXALL v. LEVI.

[1 Cranch, C. C. 139.][1]

Circuit Court, District of Columbia. Aug. 6, 1803.

Upon which THE COURT refused to commit him in execution. The summons was simply signed by the commissioners, stating themselves as such. There was also a certificate that he did attend yesterday at Baltimore agreeably to his summons. See bankrupt law of the 4th of April, 1800, § 22 [2 Stat. 19], which declares that the bankrupt shall be free from arrest; and on producing the summons or notice under the hands of commissioners, shall be discharged, if arrested.

[1] [Reported by Hon. William Cranch, Chief Judge.]